■ COMMERCIAL BANK OF KUWAIT, Appellant, v CHRIST M. ROUSSEFF et al., Respondents. [619 NYS2d 921] —Order, Supreme Court, New York County (Herman Cahn, J.), entered on or about March 30, 1994, unanimously affirmed for the reasons stated by Cahn, J., with costs and disbursements. No opinion. Concur—Sullivan, J. P., Ellerin, Kupferman and Williams, JJ.